Atiba MAYFIELD, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 546, 2016

Supreme Court of Delaware.

Submitted: November 15, 2017
Decided: December 4, 2017

Court Below: Superior Court of the State of Delaware, ID. No. 1504011040A (N)

AFFIRMED.